## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Your affiant, Charles Davis, a Special Agent with the Federal Bureau of Investigation, being duly sworn depose and state as follows to wit:

2. Your affiant has been employed by the FBI for over 19 years.  As part of my duties, your affiant has investigated wanted fugitives under Title 18, United States Code, Section 1073(1), Unlawful Flight to Avoid Prosecution/Confinement.

3. The facts in support of this affidavit and contained in the following paragraphs are the result of the attempt to locate and apprehend wanted fugitive, PHILIP LEE DURAN, Date of Birth: 09/22/1974.  The statements contained herein are based in part on information provided by other state and local law enforcement officers, as well as your affiant's personal knowledge.

4. This affidavit is being submitted in support of a criminal complaint and affidavit charging PHILIP LEE DURAN with a violation of Title 18, United States Code, Section 1073(1), Unlawful Flight to Avoid Prosecution/Confinement.  Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein.  Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that PHILIP LEE DURAN committed Unlawful Flight to Avoid Prosecution/Confinement, in violation of Title 18, United States Code, Section1073(1).

## INVESTIGATION

5. In August, 2014, the Denver Metro Gang Safe Streets Task Force began investigating Michael Mensen, PHILIP DURAN, Lorenzo Sojo, and other members of the "MENSEN" TARGET ORGANTIZATION as part of an investigation into their distribution of methamphetamine and cocaine.  During the MGTF investigation, investigators utilized wiretap interceptions, physical surveillance and enforcement actions including traffic stops and arrests, and other investigative means to further this investigation.  During the course of this investigation, investigators learned that DURAN is a Bandidos Motorcycle Club member who is also the leader and director of a drug trafficking organization that involves other Bandidos Motorcycle Club members and associates.  Investigation revealed DURAN, Mensen, and Sojo distributed multiple ounce quantities of methamphetamine to their customers.  Mensen and Sojo also collected drug proceeds from their customers and others at the direction of PHILIP DURAN.  Additionally, DURAN, Mensen, Sojo, and others use other criminal acts, including burglary and intimidation, to further their drug distribution activities.  The Bandidos are generally known as a criminal organization comprised of more than 2,000 members and associates with chapters throughout the United States and approximately 25 other countries throughout the world.  One percent motorcycle gangs, including the Bandidos, have been recognized internationally by law enforcement to be criminal organizations, involved in illegal drug distribution, prostitution, and illegal firearms trafficking.  Members of these motorcycle gangs are known to use violence and intimidation in furtherance of their endeavors.  One percent motorcycle gang members are known to often carry weapons including guns, knives, and clubs.  As the head of the

organization, DURAN consistently collected drug proceeds (money and vehicles) from his drug customers. DURAN was also responsible for obtaining large supplies of drugs that were then distributed out to his co-conspirators and various drug customers.

6. On 12/19/2014, a Colorado State Grand Jury of the District Court, Denver County, Colorado returned a multiple count indictment against PHILIP LEE DURAN for Violation of the Colorado Organized Crime Control Act – Pattern of Racketeering – Participation in an Enterprise CRS 18-17-104(3) - (F-2); Violation of the Colorado Organized Crime Control Act – Conspiracy, CRS 18-17-104(4) - (F-2); Conspiracy to Commit Money Laundering - CRS 18-2-201(1), 18-5-309(1)(b)(I) - (F-4); Money Laundering CRS 18-5-309(1)(b)(I) - (F-3); Conspiracy to Distribute a Controlled Substance – Methamphetamine - CRS18-18-405(1), (2)(a)(I)(B) – (DF1); Possession with the Intent to Distribute a Controlled Substance – Methamphetamine - CRS 18-18-405(1), (2)(a)(I)(B) – (DF1); Conspiracy to Commit Money Laundering – CRS 18-2-201(1), 18-5-309(1)(a)(I) – (F-4); Conspiracy to Tamper with Physical Evidence – CRS 18-2-201(1), 18-8-610(1)(A) - (F6); Tampering with Physical Evidence – CRS 18-8-610(1)(A) – (F-6); Possession of a Weapon by a Previous Offender – CRS 18-12-108(1) – (F-6); and Possession with Intent to Distribute a Controlled Substance – Marijuana – CRS 18-18-406(2)(b)(I),(III)(C) (DF-3).

7. On 07/15/2016, DURAN signed a Rule 11 Plea Agreement with the District Court, Denver County, Colorado. DURAN plead guilty to the following charges: Violation of the Colorado Organized Crime Control Act and Possession with the Intent to Distribute a Controlled Substance – Methamphetamine. DURAN agreed to a sentence range not less than 8 years and not more 32 years, followed by a mandatory period of 5 years parole. Furthermore, in the Rule 11 Plea Agreement, DURAN was advised that if he failed to appear at sentencing on 10/28/2016, or committed another crime while out on bond, the agreed upon sentencing range would increase to not less than 28 years and not more than 32 years.

8. On 10/28/2016, DURAN walked away from a sentencing hearing after a co-conspirator received a sentence of 20 years for his participation in this conspiracy. DURAN knowingly left the courtroom during recess, and failed to return for his sentencing.

9. Subsequent investigation indicates that PHILIP LEE DURAN has fled Colorado. Investigators have received information from numerous sources placing DURAN in either Arizona or Texas.

10. On 06/22/2017, your affiant spoke with the District Attorney prosecuting this case and he confirmed DURAN's prosecution is ongoing. On 06/23/2017 your affiant confirmed that the warrant for PHILIP LEE DURAN was still active.

11. It is your Affiant's experience that a subject who is aware of pending legal charges/sentencing and has made the conscious decision to avoid prosecution and punishment for those charges will often times flee to avoid arrest or prosecution. Based on investigation to date as described above, your affiant believes that PHILIP LEE DURAN was aware of his pending sentencing, made the conscious decision to leave the State of Colorado and to conceal himself from court and law enforcement personnel, and in fact fled the State of Colorado to avoid sentencing for: Violation of the Colorado Organized Crime Control Act and Possession with the Intent to Distribute a

Controlled Substance – Methamphetamine.  Your affiant therefore requests that a complaint and arrest warrant be issued for PHILIP LEE DURAN for Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C.§ 1073(1).

*s/Charles Davis*
Charles Davis, Special Agent
Federal Bureau of Investigation

Sworn to before me this_____ day of _____, 2017.   *Jun 23, 2017*

United States Magistrate Judge

**Kathleen M. Tafoya**
**United States Magistrate Judge**

**Affidavit reviewed and submitted by Guy Till, Assistant United States Attorney.**